James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
Jamie@finalverdictsolutions.com
Judgment Creditor/Assignee, Pro Se

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

FEB 16 2023

SOUTHERN DISTRICT
WEST VIRGINIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

ANNETTE L. GOOD
       DEBTOR.

Case No.: 15-20635
CHAPTER 13

ANNETTE L. GOOD

       PLAINTIFF,

v.

ATTORNEY CLIENT SERVICES, aka
LAW OFFICE OF RONALD M. ORGAN,
ESQ A New York registered business, and
APRYLL BOGGS, Esq.,

AP No.: 16-02031

       DEFENDANTS.

## ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT

COMES NOW ANNETTE L. GOOD, Plaintiff and Judgment Creditor in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was originally filed in this Court on November 1, 2018 and entered November 2, 2018 (Doc. 90).

2) THAT Plaintiff ANNETTE L. GOOD was awarded the total amount of $83,373.05 against Defendants ATTORNEY CLIENT SERVICES, aka LAW OFFICE OF RONALD M. ORGAN, ESQ A New York registered business, and APRYLL BOGGS, Esq., jointly and severally.

3) THAT there have been no renewals since the entry of said judgment by this court and that Plaintiff has received $0.00 of judgment from judgment debtor(s).

4) ANNETTE L. GOOD, whose address is 5242 Pineview Dr., Cross Lanes, WV 25313, is the judgment creditor of record.

5) THAT the last address of record for ATTORNEY CLIENT SERVICES, aka LAW OFFICE OF RONALD M. ORGAN, ESQ., A New York registered business, judgment debtor, is 1069 Main Street, Suite 343, Holbrook, NY 11741-1618.

6) THAT the last address of record for APRYLL BOGGS, Esq., judgment debtor, is P.O. Box 444, Hurricane, WV 25526.

7) THAT I, ANNETTE L. GOOD, judgment creditor, hereby irrevocably transfer, and assign all title, rights, and interest in the judgment entered in this case to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

8) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

9) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

10) James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406, is now the holder and owner of the judgment.

Signed this ___3___ day of ___Feb___, 2023.

_____
ANNETTE L. GOOD
Original Judgment Creditor


Sworn and Subscribed to me this ___3rd___ day of ___February___, 2023.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
AMANDA L. STEVENS
Klein & Sheridan, LC
3566 Teays Valley Road, Hurricane WV 25526
My Commission Expires 01/07/2024

_____
(Notary Seal)

_____
Notary Signature